UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL L. HARRINGTON,

    Plaintiff,

v.                                     Case No. 19-C-357

LIFE LINE BILLING SYSTEMS LLC
d/b/a LifeQuest Services,

    Defendant.

## ORDER

Plaintiff Michael L. Harrington filed this action against Defendant Life Line Billing Systems LLC for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* Presently before the court is a joint motion to stay proceedings in the case pending resolution of two Seventh Circuit cases raising similar issues as those asserted here. The motion (Dkt. No. 11) is hereby **GRANTED** and the case is stayed until further order of the court. The Clerk is directed to administratively close the case. The parties are ordered to notify the court within fourteen days of the issuance of the Seventh Circuit's decisions in the relevant cases (Case Nos. 19-1088 and 19-1298).

**SO ORDERED** this __2nd__ day of May, 2019.

                                          s/ William C. Griesbach
                                          William C. Griesbach, Chief Judge
                                          United States District Court